No. 51. SMITH *v.* ALLWRIGHT, ELECTION JUDGE, ET AL. June 12, 1944. The sentence on page 9 of the slip opinion which reads:

"Under our Constitution, the great privilege of choosing his rulers may not be denied a man by the State because of his color," is amended to read as follows:

"Under our Constitution the great privilege of the ballot may not be denied a man by the State because of his color."

MR. JUSTICE ROBERTS and MR. JUSTICE FRANKFURTER took no part in the consideration of the order here entered.

No. 716. UNITED STATES *v.* SAYLOR ET AL.; and

No. 717. UNITED STATES *v.* POER ET AL. June 26, 1944. Order entered as of June 12, 1944, amending the opinion in these cases. Opinion reported as amended, *ante,* p. 385.

No. 804. SCREWS ET AL. *v.* UNITED STATES. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. James F. Kemp* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Edward G. Jennings, G. Maynard Smith,* and *W. Marvin Smith* for the United States.

No. 803. McCARTHY ET AL., TRUSTEES, ET AL. *v.* BRUNER. May 1, 1944. Petition for writ of certiorari to the Supreme Court of Utah granted. *Messrs. P. T. Farnsworth, Jr.* and *W. Q. Van Cott* for petitioners. *Messrs. Calvin W. Rawlings* and *Harold E. Wallace* for